IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY,               :
:
     Plaintiff              :
:     CIVIL NO. 1:CV-17-0400
   vs.                 :
:     (Judge Caldwell)
JOHN DOE AGENTS, *et al.*,    :
:
     Defendants      :

## O R D E R

And now, this 25th day of May, 2017, based on the accompanying memorandum, it is ordered that:

     1.  Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF No. 5) is denied.

     2.  Within twenty-one (21) days of the date of this Order, Plaintiff shall send to: "Clerk, U.S. District Court, P.O. Box 1148, Scranton, PA 18501," a check or money order in the amount of $400.00 payable to "Clerk, U.S. District Court."

     3.  If Plaintiff fails to comply with paragraph 2 of this Order, this action will be dismissed without prejudice.

     4.  The Clerk of Court is directed to note McCarthy's present address as: 28 Bonnie Brae Drive, Newton, CT 06470.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge